## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

JIMMY LEE VAUGHNS,

    Plaintiff,

vs.

OFFICER CRAMER, et al.,

    Defendants.

Case No. 3:06-cv-0644-BES-RAM

**ORDER**

    Court mail has been returned from the last address given by Plaintiff Vaughns with a notation reflecting that Plaintiff no longer is at the address. Plaintiff has not filed an updated notice of change of address. Plaintiff has failed to comply with Local Rule LSR 2-2, which requires him to immediately file with the Court written notification of any change of address.

    Accordingly, and with good cause appearing,

    **IT IS ORDERED** that this action shall be **DISMISSED** without prejudice. The Clerk of the Court shall enter final judgment accordingly.

    DATED This 6th day of May, 2008.

_____
UNITED STATES DISTRICT JUDGE