AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

\*\*\*\*\*              DISTRICT OF   NEVADA

JIMMY LEE VAUGHNS,

     Plaintiff,        JUDGMENT IN A CIVIL CASE
V.

      CASE NUMBER: **3:06-CV-00644-BES-RAM**

OFFICER CRAMER, et al.,

     Defendants.

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that this action shall be **DISMISSED** without prejudice.

 May 7, 2008                                **LANCE S. WILSON**
                                                                            Clerk

                                                                            /s/ Pamela McDonald
                                                                               Deputy Clerk